IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| GEORGE LEUS, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-00585-CV-W-GAF |
| | ) |
| C.R. BARD, INC. and BARD | ) |
| PERIPHERAL VASCULAR, INC., | ) |
| | ) |
| Defendants. | ) |

## THIRD AMENDED SCHEDULING AND TRIAL ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter presented in their Third Amended Joint Proposed Scheduling Order and Discovery Plan (Doc. #102) and during a telephone conference with the parties on June 3, 2020, the Second Amended Scheduling Order (Doc. #64) is amended as follows:

| DEADLINE OR EVENT | | DATE |
|---|---|---|
| Initial Disclosures | | Previously Served |
| Motions to Add Parties or to Amend Pleadings | | July 1, 2020 |
| Plaintiff's Deadline to Serve Completed Plaintiff Fact Sheet and Executed Release Authorizations | | June 26, 2020 |
| Defendants' Deadline to Serve Completed Defendant Fact Sheet | | July 24, 2020 |
| Fact Discovery Deadline | | November 21, 2020 |
| Disclosure of Expert Reports | Plaintiff: | December 1, 2020 |
| | Defendants: | January 31, 2021 |
| Complete Depositions of Experts | Plaintiff: | February 1, 2021 |
| | Defendants: | March 1, 2021 |
| Expert Discovery Deadline/Discovery Motion Deadline | | March 1, 2021 |
| Dispositive and Daubert Motions | | April 1, 2021 |
| Final Pretrial Conference | | August 12, 2021 at 10:00 a.m. |
| Jury Trial | | September 13, 2021, at 9:00 a.m. |

s/ Gary A. Fenner
                                                            GARY A. FENNER, JUDGE
                                                            UNITED STATES DISTRICT COURT

DATED: June 3, 2020